USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                     :

DAHLEN KOK HAN WEE,           :

                     :

          Plaintiff,   :          1:25-cv-8624-GHW

                     :

       -v -           :          ORDER

                     :

MADALUXE GROUP, LLC, *et al.*,   :

                     :

         Defendants.  :
--------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 22, 2025 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than January 5, 2026. Dkt. No. 24. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's December 22, 2025 order forthwith, and in no event later than January 16, 2026.

SO ORDERED.

Dated: January 12, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge