**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
HAN WEE,

                           Plaintiff,

                -against-

MADALUXE GROUP, LLC, *et al,*

                        Defendants.
-------------------------------------------------------------------------X

**25 Civ. 8624 (GHW) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

On March 18, 2026, the Court held a video conference on Defendants' request for a pre-motion conference with respect to their anticipated motion to dismiss. (Dkt. No. 46).  As discussed during the conference, the Court has set the following briefing schedule for Defendants' motion to dismiss:

1. Defendants' motion to dismiss and supporting materials shall be filed by no later than April 29, 2026;

2. Plaintiff's opposition brief and supporting materials shall be filed by no later than June 10, 2026;

3. Defendants' reply brief, if any, shall be submitted by no later than June 24, 2026.

Additionally, Plaintiff is reminded that there are legal services available to *pro se* plaintiffs which may be of use to her in this action.  Attached to this order is an information sheet regarding general *pro se* resources offered by the City Bar Justice Center.  Plaintiff also is encouraged to utilize the resources of the Southern District's Pro Se Intake Unit, which may be contacted at (212) 805-0175 or in person

at 500 Pearl Street, Room 250, during normal business hours (8:30 am – 5:00 pm),

Monday - Friday.

Finally, Defendants are hereby ordered to request a copy of the transcript of

today's hearing and provide a copy to Plaintiff upon receipt.

**SO ORDERED.**

DATED:    New York, New York
          April 16, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge